CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
KEITH AARON LITTLE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-cr-00025 LJO |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE  AND MOTIONS |
| vs. | ) HEARING |
| KEITH ZARON LITTLE, | ) |
| | ) Date:  May 6, 20112 |
| Defendants. | ) Time:  9:00 am |
| | ) Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference and motion hearing in this matter is currently set for May 6, 2011 at 9:00 am.

By agreement of the parties, it is requested that this hearing be continued until June 3, 2011 at 9:00 am.

The reason for this request is that defense counsel is currently in trial in the case of People v. Benito Salas and Antonio Salas, (F09903456) in Fresno County Superior Court. Counsel herein represents Antonio Salas who is charged with two counts of first-degree murder with special circumstances, and additional special allegations.  The trial is scheduled to last 31/2 to 4 weeks.  It is anticipated that the trial will be concluded by the June 3, 2011.

It is further stipulated that the time between May 6, 2011 and June 3, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for continuity of counsel and further investigation and preparation.  Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated:  May 4, 2011                         Respectfully submitted,


/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SARAH RENEE TODD

BENJAMIN B. WAGNER
United States Attorney


By      /s/ Michele Thielhorn____
MICHELE THIELHORN
Assistant U.S. Attorney
Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference and motion hearing currently set for May 6, 2011  at 9:00 am, be continued to June 3, 2011 at 9:00 am.

It is further ordered that the time between May 6, 2011 and June 3, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for continuity of counsel and further investigation and preparation.

IT IS SO ORDERED.

Dated:   **May 5, 2011**                         **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE