CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
KEITH AARON LITTLE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KEITH ZARON LITTLE,<br><br>          Defendants. | Case No.:  1:11-cr-00025 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE  AND MOTIONS HEARING<br><br>Date:  June 3, 2011<br>Time:  9:00 am<br>Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference and motion hearing in this matter is currently set for June, 2011 at 9:00 am.

By agreement of the parties, it is requested that this hearing be continued until June 17, 2011 at 9:00 am.

The reason for this request is that defense counsel is currently in trial in the case of People v. Benito Salas and Antonio Salas, (F09903456) in Fresno County Superior Court. Counsel herein represents Antonio Salas who is charged with two counts of first-degree murder with special circumstances, and additional special allegations.  It is now anticipated that the trial will be concluded by the June 15, 2011.

It is further stipulated that the time between June 3, 2011 and June 17, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.  Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated:  June 2, 2011                                        Respectfully submitted,


                                                            /s/  Carl M. Faller_____
                                                            CARL M. FALLER
                                                            Attorney for Defendant
                                                            SARAH RENEE TODD

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney


                                                    By      /s/ Michele Thielhorn____
                                                            MICHELE THIELHORN
                                                            Assistant U.S. Attorney
                                                            Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for June 3, 2011 at 9:00 am, be continued to Thursday, June 16, 2011 at 2:00 pm.   Note: The Court is unavailable on 6/17/2011.

It is further ordered that the time between June 3, 2011 and June 16, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.

DATED:  June 2, 2011
                                                            /s/ Lawrence J. O'Neill_____
                                                            LAWRENCE J. O'NEILL
                                                            United States District Judge