CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
KEITH AARON LITTLE

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KEITH LITTLE,<br><br>　　　　Defendant. | Case No.:  1:11-cr-00025 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE  AND MOTIONS HEARING<br><br>Date:  June 16, 2011<br>Time:  2:00 pm<br>Honorable Lawrence J. O'Neill |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　A status conference and motion hearing in this matter is currently set for June 16, 2011 at 2:00 pm.

　　　　By agreement of the parties, it is requested that this hearing be continued until July 8, 2011 at 9:00 am.

　　　　The reason for this request is that defense counsel continues to be in trial in the case of People v. Benito Salas and Antonio Salas, (F09903456) in Fresno County Superior Court. Counsel herein represents Antonio Salas who is charged with two counts of first-degree murder with special circumstances, and additional special allegations.  As of the date of this stipulation, the case has not yet gone to the jury.

　　　　 It is further stipulated that the time between June 16, 2011 and July 1, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and

(h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.  Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated:  June 15, 2011               Respectfully submitted,


                                    /s/  Carl M. Faller_____
                                    CARL M. FALLER
                                    Attorney for Defendant
                                    SARAH RENEE TODD

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                              By    /s/ Michele Thielhorn____
                                    MICHELE THIELHORN
                                    Assistant U.S. Attorney
                                    Attorney for the United States

ORDER:

     Based upon the stipulation of the parties and good cause appearing, the status conference currently set for June 16, 2011 at 9:00 pm, be continued to

July 8, 2011 at 9:00 am.

     The time between June 15, 2011 and July 8, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.




IT IS SO ORDERED.

     Dated:  **June 15, 2011**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28