1  CARL M. FALLER  SBN: 70788
   FALLER LAW FIRM
2  Post Office Box 912
   Fresno, CA 93714
3  Phone: 559-226-1534
   Fax: 559-412-4746
4  carl.faller@fallerdefense,com

5

6  Attorney for Defendant

7

8  **IN THE UNITED STATED DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No.:  1:11-cr-00025 LJO |
| 12              Plaintiff, | ) ) ) | |
| 13        vs. | ) ) | WAIVER OF PERSONAL APPEARANCE BY KEITH AARON LITTLE |
| 14 KEITH AARON LITTLE, | ) ) ) | |
| 15              Defendant. | ) | |

16       Defendant Keith Aaron Little hereby waives his right to be present in open court for the
17 hearing of any motion or other proceeding in this matter, including, but not limited to, when the
18 case is ordered set for trial, when a continuance is granted, and when any other action is taken by
19 the court either before or after trial, except for an arraignment, plea, empanelment of a jury and
20 imposition of sentence.
21       Defendant hereby requests the court to proceed during every absence of his which the
22 court may permit pursuant to this waiver; agrees that his interests will be deemed represented at
23 all times by the presence of his attorney, Carl M. Faller, in the same manner as if the defendant
24 was personally present; and further agrees to be present in person in court ready for trial at any
25 day and hour the court may fix in his absence.
26       Defendant further acknowledges that he has been informed of his rights under Title 18,
27 United States code, Sections 3161 through 3174 (known as the Speedy Trial Act), and authorizes
28 his attorney to set times and dates under the Act without defendant being present.

Dated: July 6, 2011                                     /s/ Keith Aaron Little
                                                        KEITH AARON LITTLE

Dated: July 6, 2011                                     /s/Carl M. Faller
                                                        CARL M. FALLER
                                                        Attorney for Defendant
                                                        KEITH AARON LITTLE

ORDER

The defendant's presence has been waived under the conditions set forth above, and his personal presence is excused under those conditions.

IT IS SO ORDERED.

   Dated:   **July 7, 2011**                            /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE