CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
KEITH AARON LITTLE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEITH LITTLE, <br><br> Defendant. | Case No.: 1:11-cr-00025 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE :  Note Date in Order <br><br> Date:  August 5, 2011 <br> Time:  9:00 am <br> Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference and possible change of plea is currently set in this matter for August 5, 2011 at 9:00 am.

By agreement of the parties, it is requested that this hearing be continued until September 9, 2011 at 9:00 am.

The reason for this request is that since the last appearance in this matter, defense counsel has spent the majority of his time dealing with various health issues concerning his mother which culminated in her involuntary commitment to a secure facility on Tuesday, August 2, 2011.  Due to these circumstances, counsel has not had sufficient time to discuss the prospect of a plea in this case with his client.

It is further stipulated that the time between August 5, 2011 and September 9, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.  Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated:  August 3, 2011                                      Respectfully submitted,

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SARAH RENEE TODD

BENJAMIN B. WAGNER
United States Attorney
By    /s/ Michele Thielhorn____
MICHELE THIELHORN
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for August 5, 2011 at 9:00 am, be continued To September 2, 2011 at 9:00 am.  (since the Court is unavailable on the date requested).

It is further ordered that the time between August 5, 2011 and September 2, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.

IT IS SO ORDERED.

Dated:   **August 3, 2011**                         **/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE