CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
KEITH AARON LITTLE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-cr-00025 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING HEARING |
| | ) Date:  June 4, 2012 |
| KEITH LITTLE, | ) Time:  8:30 am |
| | ) Honorable Lawrence J. O'Neill |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for June 4, 1012 at 8:30 am.

By agreement of the parties, it is requested that this hearing be continued until June 18, 2012 at 8:30.

The reason for this request is that counsel for the government will be out of the district that day and a member of defense counsel's family is scheduled for a medical procedure.  The date of June 11, 2012 was not open to defense counsel because he has hearings on that morning in Kings Count Superior Court on a murder case.

///

///

///

Based on the above, it is respectfully requested that the sentencing hearing be continued as set forth above.

Dated:  May 22, 2012                              Respectfully submitted,


                                          /s/  Carl M. Faller_____
                                          CARL M. FALLER
                                          Attorney for Defendant
                                          KEITH LITTLE

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                  By      /s/ Henry Carbajal____
                                          HENRY CARBAJAL
                                          Assistant U.S. Attorney
                                          Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for June 4, 2012 at 8:30 am, be continued to

June 18, 2012 at 8:30 am.

IT IS SO ORDERED.

Dated:   **May 22, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE