CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
KEITH AARON LITTLE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEITH AARON LITTLE,<br><br>　　　　　Defendant. | Case No.: 1:11-cr-00025 LJO<br><br>STIPULATION TO EXTEND SURRENDER DATE |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　The Defendant is currently set to surrender for service of his sentence on November 27, 2012. As of this date, the Bureau of Prisons has not designated him to an institution.  It is therefore requested that his surrender date be extended to December 18, 2012 to allow that process to be completed.  All other terms and conditions to remain the same.

Dated:  November 21, 2012　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller_____
　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　KEITH AARON LITTLE

|   |   |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 |   |
| 3 | BY    /s/ Henry Carbajal |
|   | HENRY CARBAJAL |
| 4 | Assistant U.S. Attorney |
|   | Attorney for the United States |

ORDER

Based upon the stipulation of the parties and good cause appearing, the Defendant's surrender date is extended to December 18, 2012, with all other terms and conditions to remain the same .

IT IS SO ORDERED.

    Dated:   **November 21, 2012**          **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE