1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   KEITH AARON LITTLE

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )  Case No.  1:11-cr-00025-LJO
12              Plaintiff,           )
                                     )  STIPULATION TO CONTINUE STATUS
13  vs.                              )  CONFERENCE TO 5/18/2015; ORDER
                                     )
14  KEITH AARON LITTLE,              )  Date:   May 18, 2015
                                     )  Time:  1:30 p.m.
15              Defendant.           )  Judge: Hon. Sheila K. Oberto
                                     )
16  _____      )

17         **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Henry Z. Carbajal, III, counsel for the plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for defendant Keith Aaron Little, that the status

20  conference in this matter may be continued to May 18, 2015, or the soonest date thereafter that is

21  convenient to the Court.  **The date currently set for the status conference is April 20, 2015.**

22  **The requested new date is May 18, 2015.**

23         On March 9, 2015, a Petition for Warrant or Summons for Offender Under Supervision

24  was filed.  The Petition alleges that Mr. Little violated the terms of his supervised release by

25  unlawfully using a controlled substance (marijuana), failing to participate in drug testing as

26  directed, and failing to make regular restitution payments.  Mr. Little had his initial appearance

27  on March 25, 2015, during which time defense counsel requested discovery.  On April 9, 2015,

28  defense counsel contacted counsel for the government and Mr. Little's probation officer, as

1   discovery materials had not yet been received from probation.  Mr. Little's probation officer

2   indicated she will provide discovery as soon as possible.  Mr. Little will need time to review the

3   discovery materials and conduct any necessary investigation.  Accordingly, he requests that the

4   status conference set for April 20, 2015, be reset to May 18, 2015.  The government does not

5   object to the continuance.

6

7                                             Respectfully submitted,

8                                             BENJAMIN B. WAGNER
                                              United States Attorney
9

10  Date:  April 10, 2015                     */s/ Henry Z. Carbajal, III*
                                              HENRY Z. CARBAJAL, III
11                                            Assistant United States Attorney
                                              Attorneys for Plaintiff
12

13                                            HEATHER E. WILLIAMS
                                              Federal Defender
14

15  Date: April 10, 2015                      */s/ Erin Snider*
                                              ERIN SNIDER
16                                            Assistant Federal Defender
                                              Attorney for Defendant
17                                            KEITH AARON LITTLE

18

19                            **O R D E R**

20          **IT IS SO ORDERED.**  For the reasons set forth above, the status conference set for

21  April 20, 2015, will be continued to May 18, 2015.

22

23  IT IS SO ORDERED.

24      Dated:   **April 13, 2015**                  **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28